219 So.2d 514

**Marion C. CARY et al.**

v.

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS.**

No. 49695.

March 13, 1969.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 217 So.2d 456.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

■

219 So.2d 514

**Ralph H. MORROW, Jr.**

v.

**Sandra Ann Bordelon MORROW.**

No. 49700.

March 13, 1969.

In re: Ralph H. Morrow, Jr., applying for certiorari, or writ of review, to the

Court of Appeal, Second Circuit, Parish of Jackson. 218 So.2d 393.

The application is denied. According to the facts of this case as found to be by the Court of Appeal, the judgment complained of is correct.